DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**Andrea Rogers**

            **Plaintiff,**

vs.

**Commissioner of Social Security**
            **Defendant.**

Civil No. 10-cv-0092-AA

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES AND
COSTS

### ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $5,595.54 and expenses of $21.90 and costs of $15.50 and filing fee of $350.00, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 21 day of June, 2011.

_____
Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223